UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

REBECCA HAMBY,                      )
                                    )
              Plaintiff,            )
                                    )
v.                                  )          No. 3:19-CV-115-HBG
                                    )
VICTOR HUBBELL WILLIAMS, PLLC, et al.,)
                                    )
              Defendants.           )

## ORDER

This case is before the undersigned pursuant to 28 U.S.C. § 636, the Rules of this Court, and Standing Order 13-02.

Now before the Court is the parties' Joint Motion for Modification of Scheduling Order. [Doc. 21] The parties move the Court for a six month extension of all unexpired deadlines in this matter. The motion does not specifically ask for a continuance of the February 16, 2021, trial in this matter, but counsel confirm that they also seek a continuance of the trial date. As grounds for the continuance, the parties state that the ongoing pandemic, as well as other health issues, have delayed the completion of discovery in this matter. Because of those delays, additional time will be needed to complete written discovery, take depositions, and file dispositive motions. The parties are also exploring the possibility of mediation.

For good cause shown, the parties' Motion **[Doc. 21]** is hereby **GRANTED**. The Trial in this matter is hereby continued to **September 7, 2021**. An Amended Scheduling Order will follow.

**IT IS SO ORDERED.**

ENTER:

Bruce Guyton

United States Magistrate Judge